UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25 cr 023 |
| Plaintiff, | : | |
| | : | INFORMATION |
| v. | : | THOMAS M. ROSE |
| | : | |
| Jose Antonio Alvarenga | : | 8 U.S.C. § 1326(a) |
| | : | |
| Defendant. | : | |

**The United States Attorney Charges:**

### COUNT 1

**8 U.S.C. §1326(a)**
**Reentry of Removed Alien**

On or about February 26, 2025, in the Southern District of Ohio, JOSE ANTONIO ALVARENGA, an alien, was found in the United States after having been removed therefrom on or about August 10, 2012, at or near Alexandria, Louisiana and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

KELLY A. NORRIS
Acting United States Attorney

*[signature]*
ERICA D. LUNDERMAN
Assistant United States Attorney